# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
|       Plaintiff, ) | Case No. 2:17-cr-00110-APG-CWH |
| vs. ) | **ORDER** |
| PHILLIP D. HURBACE, et al., ) | |
|       Defendants. ) | |

On July 18, 2017, the court entered an order sealing the superseding indictment (ECF No. 8) in this case.[1] (Order (ECF No. 39).) In its order sealing the superseding indictment, the court ordered the government to show cause in writing why its motion to seal the superseding indictment (ECF No. 35) should not be unsealed. (Order (ECF No. 39).) The order advised the government that if it did not show cause, the motion would be unsealed. (*Id.*) The government's deadline to show cause was July 25, 2017. (*Id.*) The government did not respond to the order to show cause or request an extension of time to do so. The court therefore will unseal the government's motion to seal the superseding indictment.

IT IS ORDERED that the Clerk of Court must UNSEAL that government's motion to seal the superseding indictment (ECF No. 35).

IT IS FURTHER ORDERED that the Clerk of Court must UNSEAL the court's order (ECF No. 39) granting the government's motion to unseal the superseding indictment.

DATED: August 23, 2017

                                                          _____
                                                        **C.W. Hoffman, Jr.**
                                                       **United States Magistrate Judge**

---

[1] A redacted version of the superseding indictment for the public record is available on the court's docket at ECF No. 36.