# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

        Plaintiff,

    v.

PHILLIP D. HURBACE

        Defendant.

Case No. 2:17-cr-110-APG-CWH-1

**ORDER**

    IT IS HEREBY ORDERED that Defendant Phillip Hurbace's pretrial release conditions are modified to remove mental health treatment and location monitoring conditions.

    DATED this __14th__ day of December, 2017.


                         William G. Cobb
                  UNITED STATES MAGISTRATE JUDGE