# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

* * *

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:17-cr-00110-APG-CWH |
| Plaintiff, | |
| v. | **ORDER** |
| PHILLIP D. HURBACE, et al., | |
| Defendants. | |

On January 24, 2019, the court ordered the parties to show cause why the following documents should not be unsealed under Local Rule IA 10-5(b): (1) defendant Sylviane Whitmore's sealed motion to sever trial with co-defendants (ECF No. 93); (2) the government's sealed response (ECF No. 99); and (3) Whitmore's sealed reply (ECF No. 106). (Order (ECF No. 110).) The parties' deadline to respond to the order to show cause was February 14, 2019. (*See id.*) The court advised the parties that if they did not show cause why the briefs should remain under seal, the court would unseal them without further notice. (*Id.*) Given that the parties did not respond to the court's order to show cause, the court will order the clerk of court to unseal the documents.

IT IS THEREFORE ORDERED that the clerk of court must unseal the documents at ECF Nos. 93, 99, and 106.

DATED: February 26, 2019

C.W. HOFFMAN, JR.
UNITED STATES MAGISTRATE JUDGE