# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff<br><br>v.<br><br>PHILLIP D. HURBACE, et al.,<br><br>    Defendants | Case No.: 2:17-cr-00110-APG-CWH<br><br>**Order Accepting Report and Recommendation**<br><br>[ECF No. 126] |

On April 10, 2019, Magistrate Judge Hoffman recommended that I grant the United States of America's motion for an interlocutory sale of property. ECF No. 126. No party filed an objection. Thus, I am not obligated to conduct a de novo review of the report and recommendation. 28 U.S.C. § 636(b)(1) (requiring district courts to "make a de novo determination of those portions of the report or specified proposed findings to which objection is made"); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc) ("the district judge must review the magistrate judge's findings and recommendations de novo *if objection is made*, but not otherwise" (emphasis in original)).

IT IS THEREFORE ORDERED that Magistrate Judge Hoffman's report and recommendation **(ECF No. 126) is accepted** and the United States of America's motion for an interlocutory sale of the 2010 gold convertible two-door Jaguar XK bearing VIN SAJWA4GB6ALB35199 **(ECF No. 113) is GRANTED**.

DATED this 2nd day of May, 2019.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE