# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff<br><br>v.<br><br>PHILLIP D. HURBACE,<br><br>    Defendant | Case No.: 2:17-cr-00110-APG-DJA<br><br>**Order Granting Motion to Prevent Foreclosure Sale**<br><br>[ECF No. 172] |

The government moves for an order to prevent the Sierra County Tax Collector's Office (Tax Collector) from proceeding with a foreclosure tax sale on real property located at 1055 Mountain Quail Road, Calpine, California that the government seeks to forfeit in this case. ECF No. 172. The Tax Collector does not oppose the motion (ECF No. 173), and the motion is supported by good cause.

I THEREFORE ORDER that the government's motion **(ECF No. 172) is GRANTED**. The Sierra County Tax Collector's Office is prohibited from conducting a foreclosure tax sale on real property located at 1055 Mountain Quail Road, Calpine, California absent further order from this court.

DATED this 23rd day of March, 2021.

                                                  _____<br>
                                                ANDREW P. GORDON<br>
                                                UNITED STATES DISTRICT JUDGE