# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:17-cr-00110-APG-DJA |
| Plaintiff | **ORDER DENYING MOTIONS FOR ACQUITTAL** |
| v. | |
| PHILLIP D. HURBACE, LARRY ANTHONY McDANIEL, SYLVIANE DELLA WHITMORE, | [ECF Nos. 203, 204] |
| Defendants | |

At the close of the Government's evidence at trial, the defendants moved for judgment of acquittal under Federal Rule of Criminal Procedure 29(a). I reserved decision on the motion under Rule 29(b).

I HEREBY ORDER that the Rule 29 motions **(ECF Nos. 203, 204) are denied** without prejudice to the defendants filing motions for acquittal under Rule 29(c).

Dated: June 30, 2021.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE