# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:17-cr-00110-APG-DJA |
| Plaintiff | **ORDER FOR BRIEFING SCHEDULE ON FORFEITURE** |
| v. | |
| PHILLIP D. HURBACE, LARRY ANTHONY McDANIEL, SYLVIANE DELLA WHITMORE, | |
| Defendants | |

After the jury returned its verdicts, the parties stipulated to have me decide the related forfeiture issues instead of the jury.

I HEREBY ORDER the parties to confer about whether an agreement can be reached regarding forfeiture. If no agreement is reached, the Government may file a motion for forfeiture by July 16, 2021. The defendants may file oppositions to the motion by July 30, 2021. The Government may file a reply by August 10, 2021. All briefs are limited to six pages.

Dated: June 30, 2021.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE