DANIEL HILL, ESQ.
HILL FIRM PLLC
Nevada Bar No. 12773
228 S. 4th Street, 3rd Floor
Las Vegas, Nevada 89101
(702) 848-5000
dan@hillfirmlawyers.com
*Attorney for Defendant*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:17-cr-00110-APG-DJA |
| Plaintiff, | **STIPULATION TO CONTINUE FORFEITURE BRIEFING** |
| vs. | **(First Request)** |
| PHILLIP HURBACE, SYLVIANE WHITMORE, and LARRY MCDANIEL, | |
| Defendants. | |

IT IS HEREBY STIPULATED AND AGREED by and between Jason Frierson, United States Attorney, and Tony Lopez, Assistant United States Attorney, counsel for the United States of America, Lisa Rasmussen, counsel for Defendant Sylviane Whitmore, Osvaldo Fumo, counsel for Phillip Hurbace, and Daniel Hill, counsel for Defendant Larry McDaniel, that the forfeiture briefing set by this Court's order (ECF No. 305) be extended by two weeks.

The Stipulation is entered into for the following reasons:

1.      The defendants consent to this stipulation.

2.      All defense counsel continue investigation and research for their responses to the government's motion for entry of forfeiture in light of the Court's order granting a new trial.

3.      The additional time requested is not for the purposes of delay, but to accommodate additional time needed for research and investigation.

///

///

4.      Accordingly, the parties hereby stipulate to continue Defendants' response and the government's reply deadlines by two weeks.

DATED this 22nd day of May 2023.

By: */s/ Tony Lopez*
TONY LOPEZ
*Counsel for the Government*

By: */s/ Daniel Hill*
DANIEL HILL
*Counsel for Larry McDaniel*

By: */s/ Lisa Rasmussen*
LISA RASMUSSEN
*Counsel for Sylviane Whitmore*

By: */s/ Osvlado Fumo*
OSVALDO FUMO
*Counsel for Phillip Hurbace*

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:17-cr-00110-APG-DJA |
| Plaintiff, | **ORDER** |
| vs. | |
| PHILLIP HURBACE,<br>SYLVIANE WHITMORE, and<br>LARRY MCDANIEL, | |

This matter comes before the Court on the parties' stipulation to continue Defendants' response and the government's reply deadlines to the government's motion for entry of forfeiture. Based upon the stipulation and good cause appearing,

IT IS HEREBY ORDERED that the Defendants' responses will be due on or before May 31, 2023. The government's reply will be due on or before June 7, 2023. The forfeiture hearing will remain as scheduled on June 22, 2023 at 9:00 AM.

DATED: May 23, 2023                    .

ANDREW P. GORDON
U.S. DISTRICT JUDGE

-3-