Lisa A. Rasmussen, Esq.
Nevada Bar No. 7491
**THE LAW OFFICES OF KRISTINA
WILDEVELD & ASSOCIATES**
550 E. Charleston Blvd., Suite A
Las Vegas, NV 89104
(702) 222-0007 (T) | (702)222-0001
Email: Lisa@VeldLaw.com

Attorneys for Defendant Sylviane Whitmore

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:17-cr-110 APG-DJA |
| Plaintiff, | |
| vs. | **STIPULATION TO CONTINUE SENTENCING HEARINGS; RESTITION HEARING AND FORFEITURE DEADLINES** |
| PHILLIP HURBACE, | |
| SYLVIANE WHITMORE, | |
| LARRY MCDANIEL, | |
| Defendants. | |

The parties, Phillip Hurbace, by and through his counsel, Osvaldo Fumo, Esq., Sylviane Whitmore, by and through her counsel, Lisa A. Rasmussen, Esq., Larry McDaniel, by and through his counsel, Daniel Hill, and the United States, by and through its counsel, Assistant United States Attorney Richard Anthony Lopez, hereby stipulate as follows:

STIPULATION TO CONTINUE SENTENCING HEARINGS; RESTITION HEARING AND FORFEITURE DEADLINES - 1

1.  The parties need additional time to prepare for sentencing and related matters, including a restitution hearing, and legal memoranda related to forfeiture.

2.  The parties propose that the sentencing hearings be moved to October 12, 2023.

3.  The parties propose that the restitution hearing be moved to October 10, 2023.

4.  The parties propose that the government have until September 22, 2023 to file its Motion for Forfeiture Order.

5.  All three defendants are on pretrial release and all three agree to these dates.

6.  The government agrees to these dates.

7.  Denial of this request would cause prejudice to both the government and the defendants.

Dated this 16th day of August, 2023.

**The Law Offices of Kristina Wildeveld & Associates,**

*/s/ Lisa A. Rasmussen*

_____
LISA A. RASMUSSEN, ESQ.
Counsel for Sylviane Whitmore

**Hill Law Firm,**

*/s/ Daniel Hill*

_____
DANIEL HILL, ESQ.
Counsel for Larry McDaniel

STIPULATION TO CONTINUE SENTENCING HEARINGS; RESTITION HEARING AND FORFEITURE DEADLINES - 2

**Pitaro & Fumo, Chtd.**

*/s/ Osvaldo Fumo*

_____
OSVALDO FUMO, ESQ.
Counsel for Phillip Hurbace

**JASON FRIERSON,**
**United States Attorney**
**District of Nevada**

*/s/ Richard Anthony Lopez*

_____
BY:  RICHARD ANTHONY LOPEZ
Assistant United States Attorney

## ORDER

Pursuant to the Stipulation of the parties, and good cause appearing,

IT IS HEREBY ORDERED that the government shall have until September 22, 2023 to file its Motions for Forfeiture Orders.

IT IS FURTHER ORDERED that the Restitution hearing presently scheduled for August 29, 2023 shall be vacated and rest to October 10, 2023 at __10:00__ a.m./p.m.

IT IS FURTHER ORDERED that the Sentencing hearings presently scheduled for August 30, 2023 shall be vacated and rest as follows on October 12, 2023:

Mr. Hurbace __11:00 a.m.__

Ms. Whitmore __1:30 p.m.__

Mr. McDaniel __2:30 p.m.__

_____
The Honorable Andrew P. Gordon
United States District Judge
DATED: August 22, 2023

STIPULATION TO CONTINUE SENTENCING HEARINGS; RESTITION HEARING AND FORFEITURE DEADLINES - 3