JASON M. FRIERSON
United States Attorney
Nevada Bar No. 7709
DANIEL D. HOLLINGSWORTH
Assistant United States Attorney
Nevada Bar No. 1925
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336
Daniel.Hollingsworth@usdoj.gov
*Attorneys for the United States*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:17-CR-110-APG-DJA |
| Plaintiff, | **Government's Unopposed Motion to Extend the Time to File Sentencing Motions** |
| v. | |
| PHILLIP D. HURBACE, | **(First Request)** |
| Defendant. | |

The United States of America respectfully moves this Court for an Order extending the time for the government to file a motion to suggest revisions or modifications to the preliminary forfeiture order and a motion regarding the Excessive Fines Clause and the Eighth Amendment. Under Local Rule LCR 32-1(f), the current due date for the motions is December 20, 2023. The government requests an extension of time to and including December 29, 2023. This is the first request.

The grounds for extending the time are as follows.

On December 18, 2023, Osvaldo Fumo, counsel for Phillip Hurbace, agreed to this extension of time.

The undersigned had many tightly scheduled deadlines for district court cases that have taken large amounts of time and resources to complete and has not had time to address forfeiture for the sentencing hearing scheduled on January 17, 2024. Undersigned is also out of the office until December 26, 2023.

This Motion is not submitted solely for the purpose of delay or for any other improper purpose, and undersigned counsel expects to file the motions within the additional time requested.

For the reasons stated, this Court should grant an extension of time to, and including, December 29, 2023, for the government to file its motions.

Dated: December 18, 2023.

Respectfully submitted,

JASON M. FRIERSON
United States Attorney

/s/ Daniel D. Hollingsworth
DANIEL D. HOLLINGSWORTH
Assistant United States Attorney

IT IS SO ORDERED:

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE

DATED: December 19, 2023

2