JACQUELINE TIRINNANZI, ESQ.
Nevada Bar 13266
TIRINNANZI LAW PLLC
6675 S Tenaya Way, Suite 200
Las Vegas, Nevada 89113
Telephone: (702) 912-3834
jackie@tirinnanzilaw.com

*Attorney for Larry Anthony McDaniel*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>PHILLIP D. HURBACE et al.,<br><br>Defendants. | Case No. 2:17-cr-00110-APG-DJA<br><br>**Stipulation to Continue Restitution Hearing and Sentencings (sixth request)** |

IT IS HEREBY STIPULATED AND AGREED, by and between Jason M. Frierson, United States Attorney, through Richard Anthony Lopez and Mina Chang, Assistant United States Attorneys, counsel for the United States of America, Osvaldo E. Fumo, Esq., counsel for defendant Phillip D. Hurbace, Lisa A. Rasmussen, Esq., counsel for defendant Sylviane Della Whitmore, and Jacqueline Tirinnanzi, Esq., counsel for defendant Larry Anthony McDaniel, that the Court continue the restitution hearing scheduled for February 8, 2024, at 1:30 p.m. and the sentencing hearings scheduled for February 13, 2024, at 1:30 p.m., 2:30 p.m., and 3:30 p.m., (ECF 393) to a date convenient to the Court, preferably no sooner than 30 days from the current dates.

This stipulation is entered for the following reasons:

1. On January 17, 2024, Defendant McDaniel's previous counsel was granted his motion to withdraw from the case. ECF 403. Counsel Tirinnanzi was appointed that same day to represent Mr. McDaniel. ECF 405. Counsel Tirinnanzi is in the process of obtaining and reviewing Mr. McDaniel's file and relevant materials, and working with Mr. McDaniel and others to provide competent representation at this stage in the proceedings. Additionally, counsel has other competing obligations existing prior to the January 17, 2024, appointment that make the current sentencing date challenging, but is confident that 30 days will provide adequate time for preparation and scheduling.

2. No further requests are anticipated.

3. Defendant Hurbace has again been hospitalized in Northern Nevada and is currently under doctor's orders not to travel, making him unable to be present in Las Vegas for the currently scheduled restitution hearing next week and potentially the sentencing hearing.

4. This continuance is not sought for purposes of delay, but to ensure that all parties can be present at hearings in compliance with Federal Rule of Criminal Procedure 43(a)(3) and to provide new counsel adequate time to prepare.

5. The additional time requested by this stipulation is reasonable pursuant to Fed. R. Crim. P. 32(b)(2), which states that the "court may, for good cause, change any time limits prescribed [for sentencing] in this rule." Furthermore, a delay in sentencing does not implicate or undermine the defendant's speedy trial rights under the United States Constitution, which terminated upon conviction. *See Betterman v. Montana*, 136 S.Ct. 1609, 1617-18 (2016).

6. For the reasons stated above, the ends of justice would best be served by a

continuance of the deadline. Denial of this request for continuance of the deadline could result in a miscarriage of justice.

7. Defendants are out of custody and do not object to the request for continuance.

Dated this 2nd day of February 2024.

Respectfully Submitted,

*/s/Osvaldo E. Fumo*  
OSVALDO E. FUMO, ESQ.  
Counsel for Defendant HURBACE

*/s/ Richard Anthony Lopez*  
RICHARD ANTHONY LOPEZ  
MINA CHANG  
Assistant United States Attorneys

*/s/ Jacqueline Tirinnanzi*_____  
JACQUELINE TIRINNANZI, ESQ.  
Counsel for Defendant MCDANIEL

*/s/ Lisa Rasmussen*_____  
LISA A. RASMUSSEN, ESQ.  
Counsel for Defendant WHITMORE

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>PHILLIP D. HURBACE et al.,<br><br>Defendant. | CASE NO. 2:17-cr-00110-APG-DJA<br><br>**[Proposed] Order granting Stipulation to Continue Restitution Hearing and Sentencings (Sixth Request)** |

Based on the pending stipulation of counsel, and good cause appearing therefore, the Court finds that:

1. On January 17, 2024, Defendant McDaniel's previous counsel was granted his motion to withdraw from the case. ECF 403. Counsel Tirinnanzi was appointed that same day to represent Mr. McDaniel. ECF 405. Counsel Tirinnanzi is in the process of obtaining and reviewing Mr. McDaniel's file and relevant materials, and working with Mr. McDaniel and others to provide competent representation at this stage in the proceedings. Additionally, counsel has other competing obligations existing prior to the January 17, 2024, appointment that make the current sentencing date challenging, but is confident that 30 days will provide adequate time for preparation and scheduling.
2. No further requests are anticipated.
3. Defendant Hurbace has again been hospitalized in Northern Nevada and is currently under doctor's orders not to travel, making him unable to be present in Las Vegas for the currently scheduled restitution hearing and potentially

...

...

the sentencing hearing.

4. This continuance is not sought for purposes of delay, but to ensure that all parties can be present at hearings in compliance with Federal Rule of Criminal Procedure 43(a)(3) and to provide new counsel adequate time to prepare.

5. The additional time requested by this stipulation is reasonable pursuant to Fed. R. Crim. P. 32(b)(2), which states that the "court may, for good cause, change any time limits prescribed [for sentencing] in this rule." Furthermore, a delay in sentencing does not implicate or undermine the defendant's speedy trial rights under the United States Constitution, which terminated upon conviction. *See Betterman v. Montana*, 136 S.Ct. 1609, 1617-18 (2016).

6. For the reasons stated above, the ends of justice would best be served by a continuance of the deadline. Denial of this request for continuance of the deadline could result in a miscarriage of justice.

7. Defendants are out of custody and do not object to the request for continuance.

**ORDER**

Based upon the stipulation of the parties and good cause appearing, it is hereby ORDERED that the restitution hearing currently scheduled for February 8, 2024, at 1:30 p.m., is reset to 9:30 on March 12, 2024, in Courtroom 6C. The government is not seeking any restitution against Mr. McDaniel, and he and his counsel are excused from attending the restitution hearing.

IT IS FURTHER ORDERED that the sentencing hearings currently scheduled for February 13, 2024 at 1:30 p.m., 2:30 p.m. and 3:30 p.m. are hereby reset to:

9:30 a.m. on March 14, 2024 for Philip D. Hurbace;

10:30 a.m. on March 14, 2024 for Larry Anthony McDaniel; and

1:30 p.m. on March 14, 2024, for Sylviane Della Whitmore; all in Courtroom 6C.

**No further extensions will be granted absent extraordinary circumstances.**

DATED: February 5, 2024

_____
THE HONORABLE ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE