1  **OSVALDO E. FUMO, ESQ.**
Nevada Bar No. 5956
2  **PITARO & FUMO CHTD.**
601 Las Vegas Blvd. South
3  Las Vegas, Nevada 89101
(702) 382-9221 (702) 474-4210 fax
4  email: kristine.fumolaw@gmail.com
Attorney for Defendant
5  **PHILLIP HURBACE**

6

7                        **UNITED STATES DISTRICT COURT**

8                            **DISTRICT OF NEVADA**

9

10

11  **UNITED STATES OF AMERICA**,                    Case No.: 2:17-CR-110-APG-DJA

12                      Plaintiff,                   (6th  REQUEST)

13  vs.

14  **PHILLIP HURBACE**, **and SYLVAINE**
    **DELLA WHITMORE,**
15

16                      Defendants.

17

18              <u>**STIPULATION AND ORDER TO CONTINUE SENTENCING**</u>

19        **IT IS HEREBY STIPULATED AND AGREED**, by and between **TONY LOPEZ,**

20  **ESQ.**, Assistant United States Attorney, counsel for the United States of America, and

21  **OSVALDO E. FUMO, ESQ.**, counsel for PHILLIP HURBACE, and **LISA RASMUSSEN,**

22  **ESQ.,** counsel for SYLVAINE DELLA WHITMORE, that the Restitution Hearing currently

23  scheduled for March 13, 2024 at 1:30 and the Sentencing Hearing currently scheduled for March

24  14, 2024, at 10:30 a.m., and 1:30 p.m., be vacated and reset or a date and time convenient to the

25  court, but not earlier than 2 weeks.

26        1.  Counsels for defendants has spoken to their clients and they have no objection to the

27            request of continuance.

28        2.  Defendants are out on pretrial release.

                                        -1-

3. Counsels has spoken to AUSA Tony Lopez and he does not oppose to the continuance.

4. Counsels needs additional time to prepare for sentencing.

5. Due to the snowstorm in northern Nevada, Defendant Hurbace is stuck in his residence.

6. Denial of this request for continuance could result in a miscarriage justice.

7. For all the above-stated reasons, the ends of justice would best be served by a continuance of the Sentencing Hearing until a date and time convenient to the court.

This is the 6th request for continuance filed herein.

**DATED** this 6th day of March 2024.

  /S/ Osvaldo E. Fumo, Esq.                         /S/ Tony Lopez, Esq.                .
**OSVALDO E. FUMO, ESQ.**                **TONY LOPEZ, AUSA**
 Nevada Bar No. 5956                                 Assistant United States Attorney
601 Las Vegas Blvd. South                       501 Las Vegas Blvd. South,
Las Vegas, Nevada  89101                       Suite 1100
Attorney for Defendant                           Las Vegas, NV 89101
**PHILLIP HURBACE**

  /s/ Lisa Rasmussen, Esq.
**LISA RASMUSSEN, ESQ.**
Nevada Bar No. 7491
550 E Charleston Blvd., #A
Las Vegas, Nevada 89104
Attorney for Defendant
**SYLVAINE DELLA WHITMRE**

## **ORDER**

IT IS HEREBY ORDERED that the Restitution Hearing currently scheduled for March 13, 2024 at 1:30 will be continued to the 26th day of March, 2024 at 1:30 p.m.; and

The Sentencing Hearings currently scheduled for March 14, 2024, at 1030 a.m. and 130 p.m., be continued to the 28th day of March, 2024 at the following times:

Hurbace        9:30  a.m.

Whitmore       10:30  a.m.

All  in  Courtroom  6C.


DATED this  7th  day of  March  , 2024.


_____
The Honorable Andrew P. Gordon
United States District Court Judge