**HOFLAND & TOMSHECK**
Jason F. Carr, Esq.
Nevada State Bar No. 6587
jasonc@hoflandlaw.com
228 South Fourth Street, 1st Floor
Las Vegas, Nevada 89101
Telephone: (702) 895-6760
Facsimile: (702) 731-6910

Appointed counsel for **Larry A. McDaniel**

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>     v.<br><br>LARRY ANTHONY MCDANIEL, ET. AL.<br><br>          Defendant. | Case No. 2:17-cr-00110-APG-DJA<br><br>**STIPULATION TO EXTEND SURRENDER DATE**<br>(First Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Jason M. Frierson, United States Attorney, and Richard Anthony Lopez, Assistant United States Attorney, counsel for the United States of America, and Jason F. Carr, Esq., CJA appointed counsel for Larry A. McDaniel, that the date scheduled for Mr. McDaniel to self-surrender to his federal Bureau of Prisons (BOP) designated facility be extended for at least thirty (30) days.

The Stipulation is entered into for the following reasons:

1. This Court sentenced Larry McDaniel on March 15, 2024, to a thirteen-month sentence with a self-surrender date of June 14, 2024. (*See* ECF No. 450 (sentencing minutes).)

2. That on June 7, 2024, recently appointed CJA counsel for Mr. McDaniel filed a Motion for Bail Pending Appeal. (*See* ECF No. 523.)

3. That the parties believe it would be advantageous to litigate that motion before Mr. McDaniel is ordered to begin his prison sentence rather than face the prospect of Mr. McDaniel phasing in and out of custody.

4. That the government has the right to have sufficient time to formulate its response to Mr. McDaniel's bail motion.

5. That the parties are of the understanding that Mr. McDaniel is in compliance with all of his conditions of pre-trial and post-sentencing release.

6. That, given these considerations, it would be advantageous to extend Mr. McDaniel's self-surrender date.

This is the first stipulation to continue the self-surrender date filed herein.

DATED this 7th Day of June, 2024.

| HOFLAND AND TOMSHECK | JASON M. FRIERSON<br>United States Attorney |
|---|---|
| */s/ Jason F. Carr*<br>By:_____<br>JASON F. CARR, ESQ.<br>CJA Counsel for Mark Lewis | */s/ Richard Anthony Lopez*<br>By:_____<br>RICHARD ANTHONY LOPEZ<br>Assistant United States Attorney |

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>LARRY ANTHONY MCDANIEL,<br><br>　　　　　Defendant. | Case No. Case No. 2:17-cr-00110-APG-DJA<br><br>**FINDINGS OF FACT, CONCLUSIONS OF LAW, AND ORDER** |

**FINDINGS OF FACT**

Based on the pending Stipulation of counsel, and good cause appearing therein, the Court finds that:

1. This Court sentenced Larry McDaniel on March 15, 2024, to a thirteen-month sentence with a self-surrender date of June 14, 2024.  (*See* ECF No. 450 (sentencing minutes).)

2. That on June 7, 2024, recently appointed CJA counsel for Mr. McDaniel filed a Motion for Bail Pending Appeal.  (*See* ECF No. 523.)

3. That the parties believe it would be advantageous to litigate that motion before Mr. McDaniel is ordered to begin his prison sentence rather than face the prospect of Mr. McDaniel phasing in and out of custody.

4. That the government has the right to have sufficient time to formulate its response to Mr. McDaniel's bail motion.

5. That the parties are of the understanding that Mr. McDaniel is in compliance with all of his conditions of pre-trial and post-sentencing release.

6. That, given these considerations, it would be advantageous to extend Mr. McDaniel's self-surrender date.

**LEGAL FINDINGS AND ORDER**

Based on the stipulation of counsel, and for good cause shown, the Court finds that Mr. McDaniel's current Bureau of Prisons surrender date of June 14, 2024, be continued to August 2, 2024 by noon.

DATED this 11th day of June, 2024

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE

4