Mark D. Eibert
Attorney at Law
P. O. Box 1126
Half Moon Bay, CA 94019-1126
Telephone (650) 638-2380
Facsimile (650) 712-8377

Attorney for Defendant/Appellant Phillip Hurbace

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES,<br><br>　　　Plaintiff,<br><br>　　vs.<br><br>PHILLIP HURBACE,<br><br>　　　Defendant. | Case No. 2:17-cr-110-APG-DJA<br><br>**STIPULATION TO EXTEND SELF-SURRENDER DATE** |

　　The government, through its attorney, and the defendant, through his attorney, hereby stipulate and agree as follows:

1. Mr. Hurbace's self-surrender date is currently July 19, 2024.

2. Mr. Hurbace has serious, life-threatening medical issues and a course of treatment that will last until at least early October, with a possibility of a serious medical procedure after that date.

3. Defense counsel is newly appointed and has not yet even received all the transcripts in the case as the main court reporter has filed a request in the Ninth Circuit to extend the time to file all the transcripts to August 7,

2024. Accordingly, defense counsel is not yet able to determine whether he has grounds to file a motion for release pending appeal.

4. In order to allow Mr. Hurbace to receive the medical care he needs and to allow his counsel adequate time to determine whether a motion for release pending appeal may to be filed, and for the parties to brief such a motion and the Court to consider it, the parties have agreed that Mr. Hurbace's self-surrender date may be extended to October 15, 2024.

5. Should any further substantial medical care be required after that date, the parties will confer and inform the Court of their positions as to whether a further extension is necessary.

6. Mr. Hurbace is 77 years old. This Court is well aware of the severe medical problems he has had during the trial of this case.  The parties agree that he is not a risk of flight or danger to the community.

7. For the foregoing reasons, the parties respectfully stipulate and request that Mr. Hurbace's self-surrender date be extended to October 15, 2024.

8. A proposed Order is attached below for the Court's convenience.

Dated: July 12, 2024              Respectfully submitted,


*/s/ Mark D. Eibert*
*Mark D. Eibert*___
Attorney for Defendant/Appellant Phillip Hurbace


*/s/ Mina Chang*
Mina Chang
Attorney for the United States

**ORDER**

Based on the stipulation of the parties, and good cause appearing therefore,

IT IS HEREBY ORDERED that Mr. Hurbace's deadline to self-surrender is Hereby extended from July 19, 2024 to October 15, 2024.

IT IS SO ORDERED

Dated: July 15, 2024

_____
THE HONORABLE ANDREW P. GORDON
United States District Judge