# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff<br><br>v.<br><br>PHILLIP D. HURBACE, et al.,<br><br>  Defendants | Case No.: 2:17-cr-00110-APG-DJA<br><br>**Order Granting Motion for Extension of Time**<br><br>[ECF No. 580] |

I ORDER that Phillip Hurbace's motion for a 30-day extension of time to file a reply **(ECF No. 580) is granted.** Hurbace's reply in support of his motion for new trial is due on February 18, 2025.

DATED this 16th day of January, 2025.

_____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE